**No. 42721.**—Protest 980711–G of I. W. Rice Co. (New York).

Opinion by DALLINGER, J. Jeweled bottles were held dutiable at 40 percent under paragraph 339 as claimed in accordance with stipulation of counsel.

**No. 42722.**—Protest 898395–G of Taiyo Trading Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) paperweights plated with silver were held dutiable at 50 percent under paragraph 339 and certain other items not plated were held dutiable at 40 percent under the same paragraph.

**No. 42723.**—Protests 887125–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the marcel irons, banks, and needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42724.**—Protests 882411–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of photo frames, baskets, candlesticks, paperweights, vases, and thimbles plated with silver. The claim as household utensils at 50 percent under paragraph 339 was sustained. Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) cited.

**No. 42725.**—Protests 871683–G, etc., of Rice-Bayersdorfer Co. (Philadelphia).

Opinion by DALLINGER, J. On the record metal bird flower holders, silver-plated, were held dutiable as household utensils or hollow ware at 50 percent under paragraph 339 as claimed.

**No. 42726.**—Protest 821704–G of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel hollow vessels for holding coins, chiefly used for utilitarian purposes in the household, were held dutiable at 40 percent under paragraph 339. Abstract 38680 followed.

**No. 42727.**—Protests 793209–G, etc., of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by DALLINGER, J. Household utensils or hollow ware, plated, were held dutiable at 40 percent under paragraph 339 as claimed. Protests sustained in part.